# IN THE UNITED STATES DISTRICT COURT FOR THE
# NORTHERN DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| Gregory Alex | ) | Case No: 12 C 8834 |
| | ) | |
| v. | ) | Judge: John W. Darrah |
| | ) | |
| Gary E. McCullough et al | ) | |

## ORDER

Pro hac vice motion is granted [61]. Civil case closed. See orders of final judgment and for fees in lead case, 11-cv-9119, Cook et al v. McCullough et al.

Date: 1/31/14         /s/ Judge John W. Darrah